### Allein &c[a] cont[a] Tomlin

Henry Allein & Comp[a] plaint[s] cont[a] William Tomlin Def[t] in an action of reveiw of a case tried at the County Court held at Boston in July last, where the s[d] Tomlin obtained Judgem[t] ag[t] the s[d] Allein & Comp[a] costs of Court to the plaint[s] damage: . . . The Jury . . . found for the Defend[t] costs of Court: The plaint. appealed from this Judgem[t] unto the next Court of Assistants & put in Security for prosecution thereof to effect.

[ S. F. 1765.8

The Deposition of Moses peirce aged. 25. yeares or thereabouts testifieth and Saith that sometime in the month of February in the year. 1677. I did buy a Servant boy of m[r] Henry Alleine and Company and that at the same time William Tomlin did buy of s[d] Alleine and Company one of the same Servants that came in the Vessell, and I did see the Jndenture signed and Sealed and deliu[rd] for at

that time mine was Sealed also and I did understand by them then that s$^d$ Tomlin was to pay to s$^d$ Alleine and Company ten pounds in Ship blocks at money price and further Saith not.

Sworn in Court 29° Aprill. 1679.

Attests Js$^a$ Addington Cler

### S. F. 1765.7

Know all men by these pu$^r$sents that I Iohn Meader of Boston in New-England Blockmaker have rec$^d$ of William Tomling of s$^d$ Boston Blockmaker the full Summe of ten pounds and is in full Satisfaction for a Servant namely John Waters which the s$^d$ Tomling bought of m$^r$ Iosiah Allein and which the s$^d$ Alleyn hath accepted of my paym$^t$ for As Witness my hand this twenty Eight day of Iune Ann° Dom$^i$ One thousand Six hundred Seventy and Eight. &c$^a$

per me John Meader

Witness Jn° Proutt
Tho: East

Testified upon the oath of Tho: East in Court. 30. April. 1679. that Jn° Meader Signed the abouewritten discharge, John Proutt the other Witness being present at the same time.

Attests J A C

See case of same name, above, p. 93. Several attachments, powers of attorney, bills of costs, etc., and Tomlin's answer to Allein's Reasons of Appeal, are in S. F. 1765.1–10. The Court of Assistants (Records, i. 141) sustained Tomlin and awarded him 18$s$ 4$d$ costs.]